# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 4:24-cr-15 |
| ) | |
| v. ) | District Judge Travis R. McDonough |
| ) | |
| RICHARD J. HUNT ) | Magistrate Judge Christopher H. Steger |
| ) | |
| ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 92) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to a lesser included offense of Count One of the ten count Indictment; (2) accept Defendant's guilty plea to a lesser included offense of Count One of the ten count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 17) pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 92) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to a lesser included offense of Count One of the ten count Indictment is **GRANTED**;

2. Defendant's plea of guilty to a lesser included offense of Count One of the ten count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 17) until further order of this Court or sentencing in this matter which is scheduled to take place on **May 16, 2025, at 2:00 p.m.**

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**